IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL MORTON and WILLIAM MORTON,<br><br>            Plaintiffs,<br><br>     v.<br><br>CENTERPULSE ORTHOPEDICS, INC.,<br><br>            Defendant. | NO. CIV 03-2602 GEB GGH<br><br>ORDER |

      Defendant Centerpulse Orthopedics, Inc.'s request for clarification, which was filed on June 10, 2005, seeks unnecessary clarification.  Therefore, the request is denied.

      IT IS SO ORDERED.

Dated:  June 13, 2005

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge