IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIL MORTON AND WILLIAM MORTON,<br><br>              Plaintiffs,<br><br>    v.<br><br>CENTERPULSE ORTHOPEDICS, INC.,<br><br>              Defendant. | NO. CV S-03-2602 GEB GGH<br><br><br><u>ORDER RE SETTLEMENT<br>AND DISPOSITION</u> |

      On June 17, 2005, Defendant filed a "Notice of Settlement" which states this case has settled and that "Plaintiffs expect to file a Notice of Dismissal of this entire action . . . within the next three weeks." The Notice further states that "the parties jointly request that this Court take off-calendar all pretrial deadlines and the trial date." The parties' request is granted and the trial currently scheduled to commence July 19, 2005, is vacated. The parties have until 4:30 p.m. on July 8, 2005, to either file a document dismissing this action or to lodge a proposed order which could effect dismissal. <u>See</u> L.R. 16-160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. <u>See</u> L.R. 16-

1

160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  June 17, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge